# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JACOB HALL, | ] |
| | ] |
| Petitioner, | ] |
| | ] |
| vs. | ]   4:08-CV-1136-RDP-RRA |
| | ] |
| MICHAEL MUKASEY, et al., | ] |
| | ] |
| Respondents. | ] |

## MEMORANDUM OPINION

This is a habeas corpus petition brought pursuant to 28 U.S.C. § 2241. The magistrate judge entered a Report and Recommendation recommending that Respondents' motion for summary judgment be granted and that the action be dismissed. Objections have been filed.

In his objections, Petitioner argues as follows:

the R & R states that the Petitioner is only alleging a violation of *Zadvydas v. Davis*, 533 U.S. 678 (2001), pending his deportation. R & R at p. 1. This is a narrow and incorrect view of the Petitioner's claims. The Petitioner also claimed a due process violation in connection with the Respondents['] failure to consider whether the Petitioner posed a flight risk or danger to the community in accordance with 8 C.F.R. § 241.4(f); the Respondents['] failure to consider materials submitted in support of his release (such as support letters) in accordance with 8 C.F.R. § 241.4(k); and the failure of the HQDPU (post-removal unit in Washington, D. C.) to ever respond to the Petitioner's requests for release. There is no mention of any of these items in the R & R.

Although Petitioner separated his claims into three separate counts, they are all in effect alleging that he is being illegally detained, pending his deportation, in violation of *Zadvydas v. Davis*, 533 U.S. 678 (2001).[1] The court has considered the entire file in this action, including the Report and

---

[1] In Counts 2 and 3, Petitioner alleges that his substantive and procedural due process rights are being violated because he is being detained in violation of *Zadvydas*. *Petition*, Court Document 1, at pp. 5-6. Petitioner himself admits that the "sole important factual dispute, although there are many, I will focus on the central issue, is whether the Petitioner has cooperated with ICE." *Petitioner's Objections*, Court Document 16, at p. 4.

Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

**DONE** and **ORDERED** this     5th     day of February, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE